**Order entered July 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00456-CV**

**IN THE INTEREST OF K.D.S.P., A CHILD**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00042**

**ORDER**

Before the Court are appellants' July 13, 2022 motions for an extension of time to file their respective briefs on the merits. We **GRANT** the motions and extend the time to **August 12, 2022**. We caution appellants that further extension requests in this accelerated appeal involving the termination of parental rights will be disfavored.

/s/    DAVID J. SCHENCK
           JUSTICE